IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 19-CR-3033 |
| Plaintiff, | **INFORMATION** |
| vs. | Count 1 |
| BLAKE ANTHONY GIBBINS, | 18 U.S.C. § 351(e): Assault on a Congressman |
| Defendant. | |

The United States Attorney charges:

## Count 1
**Assault on a Congressman**

On or about the 22nd day of March, 2019, in the Northern District of Iowa, the defendant, BLAKE ANTHONY GIBBINS, willfully and unlawfully assaulted Steve King, a Member of Congress.

This was in violation of Title 18, United States Code, Section 351(e).

Respectfully submitted,

PETER E. DEEGAN, JR.
United States Attorney

By, s/ Timothy T. Duax

TIMOTHY T. DUAX
Assistant United States Attorney
600 4th Street, Suite 670
Sioux City, IA  51101
(712) 255-6011
(712) 252-2034 (Fax)
Timothy.Duax@usdoj.gov