IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 19-CR-3033 |
| | ) | |
| vs. | ) | |
| | ) | |
| BLAKE ANTHONY GIBBINS, | ) | |
| | ) | |
| Defendant. | | |

**MOTION FOR INFORMATION TO BE FILED UNDER SEAL**

The United States respectfully requests the Information filed in the above matter be filed under seal. Because the case involves a public official, and because of the strong emotions associated with the matter at the time of its occurrence, it is safer for the parties involved and court personnel if the information remains sealed until the change of plea hearing.

Respectfully submitted,

PETER E. DEEGAN, JR.
United States Attorney

By, s/ Timothy T. Duax

TIMOTHY T. DUAX
Assistant United States Attorney
600 4th Street, Suite 670
Sioux City, IA   51101
(712) 255-6011
(712) 252-2034 (Fax)
tduax@usa.doj.gov