IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
__CENTRAL__ DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BLAKE ANTHONY GIBBINS,<br><br>Defendant. | No. CR19-3033-LTS-KEM<br><br>NOTICE REGARDING ENTRY OF A PLEA OF GUILTY and CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE |

In the event the defendant decides at any time before trial to enter a plea of guilty, the United States Magistrate Judge is authorized, with the consent of the defendant, to conduct the proceedings required by FED. R. CRIM. P. 11, incident to the making of the plea. If, after conducting such proceedings, the Magistrate Judge recommends that the plea of guilty be accepted, a presentence investigation and report will be ordered pursuant to FED. R. CRIM. P. 32. The assigned United States District Judge will then act on the Magistrate Judge's Report and Recommendation; and, if the plea of guilty is accepted, will adjudicate guilt and schedule a sentencing hearing.

CONSENT

I hereby declare my intention to enter a plea of guilty in the above case. I understand that I have the right to have a United States District Judge presiding when I enter my guilty plea and that I can exercise that right without any concern or reservations. I request and consent to the United States Magistrate Judge conducting the proceedings required by FED. R. CRIM. P. 11, incident to the making of such plea. I understand that if my plea of guilty is then accepted by the District Judge, the District Judge will decide whether to accept or reject any plea agreement I may have with the United States, and will adjudicate guilt and impose sentence.

Date: 9/23/19

_____  _____
Defendant                  Defendant's Attorney