# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s) vs. BLAKE ANTHONY GIBBINS, Defendant(s) | **HEARING MINUTES**  Sealed: No<br>Case No.: CR19-3033-LTS-KEM<br>Presiding Judge: KELLY MAHONEY, CHIEF MAGISTRATE<br>Deputy Clerk: mmc<br>Official Court Record: FTR Gold    Contract? --<br>Contact Information: -- |

| Date: | 9/23/2019 | Start: | 11:00 AM | Adjourn: | 11:29 AM | Courtroom: | SC1st Fl | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | | | | Time in Chambers: | | | | Telephonic? | No |

| Appearances: | Plaintiff(s): | AUSA Timothy Duax |
|---|---|---|
| | Defendant(s): | Paul Statler (retained) (defendant appears personally) |
| | U.S. Probation: | |
| | Interpreter: | Language:   Certified:   Phone: |

| **TYPE OF PROCEEDING:** | **INITIAL APPEARANCE:** | X | **AND/OR** | **ARRAIGNMENT:** | X |
|---|---|---|---|---|---|

Contested? No    Continued from a previous date? No

| Date of Information: | 9/19/2019 |
|---|---|
| Was defendant *Mirandized*? | Yes |
| Defendant pleaded | -- |
| Counsel: Retained: X or Appointed: FPD/Other: | Paul Statler |
| Stipulation to discovery plan? -- Did defendant provide financial affidavit? | -- |
| Did the government move for detention? -- Was the defendant detained? | -- |
| Was a detention hearing set? -- Date: | |
| Was a trial date set? -- Date: | |

| **PLEA:** | Defendant pleaded GUILTY to Count(s): | 1 of the Information |
|---|---|---|
| | Defendant is   Detained   X Released | pending sentencing. |
| | **Witness/Exhibit List is** | Government Exhibit #1 (Plea Agreement) received without objection |
| | The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7. |
| | **Miscellaneous:** | Waiver of Indictment entered on the record and filed electronically at docket entry #3. Court notes Mr. Stabler has not filed a formal appearance in the case. Mr. Stabler explains he is appearing on be half of the defendant, and will file an appearance after today's hearing. Defendant waives formal reading of Information. Defendant placed under oath. Defendant competent, understands charges, there is a factual basis found, knows maximum punishment and jury rights. Plea is voluntary. Court finds defendant should be adjudged guilty based on his plea of guilty. USP to prepare PSIR. |